No. 919. HOGMIRE *v.* RAGEN, WARDEN; and

No. 920. LASHBROOK *v.* SULLIVAN, DIRECTOR OF PUBLIC SAFETY. May 1, 1944. The petitions for writs of certiorari to the Supreme Court of Illinois are denied.

No. 762. BUTSCH *v.* O'HARROW, SPECIAL JUDGE. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 936. HOUSE *v.* MAYO, STATE PRISON CUSTODIAN. See *ante,* p. 710.

No. 815. ZALKIND *v.* SCHEINMAN ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Ostrolenk* for petitioner. *Messrs. Armand E. Lackenbach* and *Newton A. Burgess* for respondents.

No. 819. ILLINOIS CENTRAL RAILROAD Co. *v.* KELLEY. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. William R. Gentry, Vernon W. Foster, Charles A. Helsell,* and *John W. Freels* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 820. LAUGHLIN *v.* GARNETT ET AL. May 8, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Chester T. Lane* and *Edward G. Jennings,* and *Miss Beatrice*